UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EMELY MONTERO,

                Plaintiff,                19 **CIVIL** 9304 (AKH)

    -against-                      **JUDGMENT**

TEVA PHARMACEUTICALS USA INC., and
ORTHO MCNEIL JANSSEN
 PHARMACEUTICALS, INC.,
                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated April 14, 2020, Teva's motion for judgment on the pleadings is granted and the Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
      April 15, 2020

                                                              **RUBY J. KRAJICK**
                                                          _____
                                                          **Clerk of Court**
                                   **BY:**
                                                          _____
                                                            **Deputy Clerk**